IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONATHAN SMITH**                                                                           **PLAINTIFF**
**#164928**

v.                                    Case No. 4:20-cv-00642 LPR

**BILL GILKY**                                                                              **DEFENDANT**

## **ORDER**

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 16). Plaintiff Jonathan Smith has not filed any objections and the time to do so has now expired. After a careful and *de novo* review of the Proposed Findings and Recommendation and of the entire record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant Bill Gilky's Motion to Dismiss (Doc. 14) is GRANTED and that Smith's Complaints (Docs. 1, 5, 7) are DISMISSED without prejudice.

Dated this 19th day of April 2021.

                                                                        LEE P. RUDOFSKY
                                                                        UNITED STATES DISTRICT JUDGE