**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONATHAN SMITH**                                                            **PLAINTIFF**
**#164928**

**v.**                              **Case No. 4:20-cv-00642 LPR**

**BILL GILKY**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff

Jonathan Smith's Complaint is dismissed without prejudice.

IT IS SO ADJUDGED 19th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE